UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:12-cv-20940

JULIANA M. GARCIA, individually,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The undersigned attorney hereby gives notice that the above-styled action is hereby dismissed with prejudice. Each side shall bear their own costs and fess in this matter except as otherwise agreed to by the parties.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 6th day of April 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 6th day of April 2012 via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    **SCOTT D. OWENS, ESQ.**
    664 E. Hallandale Beach Blvd.
    Hallandale, Florida 33009
    (954) 589-0588 Phone
    (954) 337-0666 Fax
    Florida Bar No. 0597651
    scott@scottdowens.com

    By: s/ *Scott D. Owens*
    Scott D. Owens, Esq.
    Florida Bar No. 0597651